```
JOHN ROBERT RICHARDS         HATTIESBURG CLINIC
KATHERINE PARKER RICHARDS    415 SOUTH 28TH AVE
36 RUSSETT LN                HATTIESBURG, MS 39401
PETAL, MS 39465

THOMAS C. ROLLINS, JR.       HUNTINGTON NATIONAL
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTY
P.O. BOX 13767               P.O. BOX 340996
JACKSON, MS 39236            COLUMBUS, OH 43234

AFFIRM, INC.                 KEESLER FCU
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY DEPT
650 CALIFORNIA ST            2602 PASS RD
FL 12                        P.O.BOX 7001
SAN FRANCISCO, CA 94108      BILOXI, MS 39531

ALABAMA CREDIT UNION         NELNET
ATTN: BANKRUPTCY             PO BOX 82561
220 PAUL W. BRYANT           LINCOLN, NE 68501
DR EAST
TUSCALOOSA, AL 35401

AMEX                         SYNCHRONY BANK
PO BOX 981535                ATTN: BANKRUPTCY DEPT
EL PASO, TX 79998            P.O. BOX 965065
                             ORLANDO, FL 32896


CAPITAL ONE                  SYNCHRONY BANK
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 30285                 PO BOX 965060
SALT LAKE CITY, UT 84130     ORLANDO, FL 32896


CITI CARD                    TRUSTMARK NATIONAL
PO BOX 790040                ATTN: BANKRUPTCY DEPT
ST LOUIS, MO 36179           248 EAST CAPITOL ST
                             JACKSON, MS 39201


CITIBANK
ATTN: BANKRUPTCY DEPT
P.O.BOX 790046
ST. LOUIS, MO 63179


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130
```