Certificate Number: 17082-MSS-DE-040766086

Bankruptcy Case Number: 26-50249



17082-MSS-DE-040766086

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 23, 2026, at 6:55 o'clock AM MST, JOHN RICHARDS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   March 23, 2026            By:      /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director