United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-50249-KMS

John Robert Richards                                                          Chapter 13

Katherine Parker Richards

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 13, 2026 | Form ID: n031 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol**           **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Robert Richards, Katherine Parker Richards, 36 Russett Ln, Petal, MS 39465-4068 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5625556 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 13 2026 19:40:34 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5625557 | + | Email/Text: collections@alabamacu.com | Apr 13 2026 19:36:00 | Alabama Credit Union, Attn: Bankruptcy, 220 Paul W. Bryant, Dr East, Tuscaloosa, AL 35401-2007 |
| 5642791 | | Email/PDF: bncnotices@becket-lee.com | Apr 13 2026 19:40:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5625558 | + | Email/PDF: bncnotices@becket-lee.com | Apr 13 2026 19:40:39 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5625559 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2026 19:40:36 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5625560 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2026 19:40:36 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5625561 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2026 19:40:39 | Citibank, Attn: Bankruptcy Dept, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5625562 | | Email/Text: mrdiscen@discover.com | Apr 13 2026 19:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5625563 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Apr 13 2026 19:36:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5625564 | + | Email/Text: bankruptcy@huntington.com | Apr 13 2026 19:36:00 | Huntington National, Attn: Bankrupty, P.O. Box 340996, Columbus, OH 43234-0996 |
| 5647241 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2026 19:36:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5625565 | + | Email/Text: melissa.martin@kfcu.org | Apr 13 2026 19:36:00 | Keesler Federal, Attn: Bankruptcy, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5625566 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 13 2026 19:36:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5625567 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 13 2026 19:40:33 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5625568 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 13 2026 19:40:33 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5625569 | | Email/Text: bankruptcynotices@trustmark.com | Apr 13 2026 19:36:00 | Trustmark National, Attn: Bankruptcy Dept, 248 East Capitol St, Jackson, MS 39201 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 13, 2026 | Form ID: n031 | Total Noticed: 18 |

5633654       +  Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov

Apr 13 2026 19:36:00   U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                           Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor John Robert Richards trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Katherine Parker Richards trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 26−50249−KMS
**Chapter:** 13

**In re:**

John Robert Richards
aka John R Richards
36 Russett Ln
Petal, MS 39465

Katherine Parker Richards
36 Russett Ln
Petal, MS 39465

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 13, 2026 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 13, 2026

Danny L. Miller, Clerk of Court