UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   JOHN ROBERT RICHARDS
         KATHERINE PARKER RICHARDS
         DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50249 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

ALABAMA CREDIT UNION
C/O WELTMAN WEINBER & REIS CO., L.P.A.
5990 WEST CREEK ROAD, SUITE 200
INDEPENDENCE, OH  44131

Court Claim No. 14

Amount of Claim: $21,628.93

Classification:  SECURED

Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtors to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  *David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on June 02, 2026, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

JOHN ROBERT RICHARDS
KATHERINE PARKER RICHARDS
36 Russett Ln
Petal, MS  39465

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

ALABAMA CREDIT UNION
C/O WELTMAN WEINBER & REIS CO.,
L.P.A.
5990 WEST CREEK ROAD, SUITE 200
INDEPENDENCE, OH  44131

ALABAMA CREDIT UNION
attn: Bankruptcy
220 PAUL W BRYANT DRIVE EAST
TUCALOOSA, AL  35401

*/s/  David Rawlings*

DAVID RAWLINGS, TRUSTEE